UNITED STATES of America,
Plaintiff-Appellee,

v.

Charlie Marshall ANDERSON, Defendant-
Appellant.

No. 30910.

United States Court of Appeals,
Fifth Circuit.

Dec. 28, 1971.

Clyde W. Woody, Marian S. Rosen, Houston, Tex., for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., C. Leland Hamel, James R. Gough, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

After careful consideration, the confession of error offered by the government in this matter is accepted.

The question presented as to the validity of the search may or may not arise on a subsequent trial. We pretermit decision as to that question, having in mind the need for development of the facts on the subsequent trial pertaining to a border search.

The other errors assigned have been considered and are without merit.

Affirmed in part; reversed in part; remanded for further proceedings not inconsistent herewith.

Doris H. KIDD, Executrix of the Estate
of Robert A. Kidd, Deceased,
Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 71-1247.

United States Court of Appeals,
Sixth Circuit.

Oct. 29, 1971.

Ralph W. Weimer and Frank B. McClelland, Columbus, Ohio, for appellant.

Carleton D. Powell, Department of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Loring W. Post, Michael L. Paup, Attorneys, Tax Division, Dept. of Justice, Washington, D. C., on brief, William W. Milligan, U. S. Atty., Columbus, Ohio, of counsel, for appellee.

Before CELEBREZZE, PECK, MILLER, Circuit Judges.

This appeal having been submitted to the Court on the record on appeal and the briefs and oral arguments of counsel, and it having been concluded that the judgment should be affirmed for the reasons set forth in the opinion filed by District Judge Joseph P. Kinneary, D. C., 334 F.Supp. 631.

It is ordered that the judgment of the District Court be and it hereby is affirmed.